# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA J. TAYLOR, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a national banking association; EMC MORTGAGE CORP., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 10-4473-JEM<br><br>**JUDGMENT** |

　　In accordance with the Order Granting Wells Fargo Bank, N.A.'s Motion for Summary Judgment filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that Plaintiff shall take nothing on her Complaint, and that this action is dismissed with prejudice.

DATED: October 13, 2011　　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE